IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02535-BNB

ANTHONY SMITH,

　　Plaintiff,

v.

PRC, LLC,

　　Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 10 2008

GREGORY C. LANGHAM
　　　　　　　　　CLERK

---

## ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED December 10, 2008, at Denver, Colorado.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ Boyd N. Boland
　　　　　　　　　　　　　　　　United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02535-BNB

Anthony Smith
10700 E. Dartmouth Ave #PP109
Denver, CO 80014

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12/10/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk