IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 8 2008

**GREGORY C. LANGHAM**
CLERK

Civil Action No. 08-cv-02535-MSK-BNB

ANTHONY SMITH,

    Plaintiff,

v.

PRC, LLC.,

    Defendant.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

DATED this 17th day of December, 2008.

    **BY THE COURT:**

    *Marcia S. Krieger*

    Marcia S. Krieger
    United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-02535-MSK-BNB

Anthony Smith
10700 E. Dartmouth Ave., #PP109
Aurora, CO 80014

US Marshal Service
Service Clerk
Service forms for: PRC, LLC

      I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on PRC, LLC: AMENDED TITLE VII COMPLAINT FILED 12/01/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on _12/14/08_

GREGORY C. LANGHAM, CLERK

By:_____
              Deputy Clerk