IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02535-MSK-BNB

ANTHONY SMITH,

    Plaintiff,

v.

PRC, LLC.,

    Defendant.

_____

## ORDER OF DISMISSAL
_____

THIS MATTER comes before the Court on PRC, LLC's Motion to Dismiss Complaint with Prejudice **(#18)** filed February 27, 2009, and Plaintiff's Motion to Dismiss **(#21)** filed March 30, 2009. Having reviewed the motions,

**IT IS ORDERED** that the motions shall be treated as a Stipulation of Dismissal and this action hereby dismissed, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended. The Clerk shall close this case.

DATED this 1st day of April, 2009.

          **BY THE COURT:**

          *Marcia S. Krieger*
          _____

          Marcia S. Krieger
          United States District Judge